**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7149**

———————

JERRY NATHAN PRUITT,

　　　　　　　　　　　　　　　　　Plaintiff - Appellant,

　　　versus

MICHAEL MOORE, Director of South Carolina
Department of Corrections; NATHANIEL HUGHES;
ARA HEALTH SERVICES; CMS; DR. KENNEDY; DOCTOR
ALEWINE; DOCTOR RENTZ; DOCTOR GOWAN; MR.
GIDDINGS; MR. LESTER; KEN MCKELLAR; MR.
MCCANTS; JOHN KING, Mr.; MR. COHEN; MR.
CAUSEY; MR. LONG; ALBRITAN; MS. FREEMAN;
CORRECTIONAL OFFICER WHITNEY; LEVINE; MS.
OSWALD; GERALDINE MIRO,

　　　　　　　　　　　　　　　　　Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.　Margaret B. Seymour, District Judge.
(CA-02-395-3-24BC)

———————

Submitted:　November 26, 2003　　　Decided:　February 6, 2004

———————

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jerry Nathan Pruitt, Appellant Pro Se. Christy Scott Stephens, Elbert Olivine Duffie, III, Robert Douglas Simmons Mellard, BOGOSLOW, JONES, STEPHENS & DUFFIE, P.A., Walterboro, South Carolina; James Miller Davis, Jr., DAVIDSON, MORRISON & LINDEMANN, P.A., Columbia, South Carolina, for Appellees.

--------------------

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry Nathan Pruitt appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Pruitt v. Moore, No. CA-02-395-3-24BC (D.S.C. July 9, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED